7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Lorna V. Hill
*Debtor*

*Bankruptcy Case No.*
13–42378–abf7

**Lorna V. Hill**
  Plaintiff(s)

*Adversary Case No.*
13–04112–abf

v.

**AES/PHEAA**
**Educational Credit Management Corporation**
  Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of the Defendant, Educational Credit Management Corporation ("ECMC"), and against Plaintiff Lorna V. Hill in accordance with the Stipulated Order of Judgment entered on 12/10/2013, Document No. 27.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
  Deputy Clerk

Date of issuance: 12/10/13

Court to serve